**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11

| | |
|---|---|
| 12 | ) |
| 13 | ) Case No.: 13-CV-03679-LHK |
| 14 | ) ORDER DISMISSING CASE WITH |
| | TUNG VAN NGUYEN & THANG LE, ) PREJUDICE |
| 15 | Plaintiffs, ) |
| 16 | v. ) |
| 17 | CTS ELECTRONICS MANUFACTURING ) |
| 18 | SOLUTIONS INC., AND DOES 1 THROUGH ) 25, INCLUSIVE, ) |
| 19 | Defendants. ) |
| 20 | ) |
| 21 | ) |

22          In its January 6, 2014 Order, the Court held that "should Plaintiffs each elect to file a

23   Second Amended Complaint, they shall do so within 21 days of the date of this Order. . . .

24   Plaintiffs' failure to meet the 21-day deadline to file their separate amended complaints or failure

25   to cure the deficiencies identified in this Order will result in a dismissal with prejudice." ECF No.

26   23. Plaintiffs have filed to file amended complaints in the timeline set forth by the Court. Thus, this

27   case is dismissed in its entirety with prejudice. The clerk shall close the case file.

28   **IT IS SO ORDERED.**

1

Case No.: 13-CV-03679-LHK
ORDER DISMISSING CASE WITH PREJUDICE

United States District Court
For the Northern District of California

1    Dated: January 29, 2014

2                                              _____
                                               LUCY H. KOH
3                                              United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 13-CV-03679-LHK
ORDER DISMISSING CASE WITH PREJUDICE